**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*Pro Hac Vice Forthcoming*)
Max S. Roberts (*Pro Hac Vice Forthcoming*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
          mroberts@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK YOCKEY and PEARL MAGPAYO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | Case No. 4:22-CV-09067-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE [L.R. 6-1(b)]**<br><br>Hon. Jon S. Tigar<br><br>Date Action Filed: December 21, 2022<br>Trial Date: N/A |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. 4:22-CV-09067-JST

1    Pursuant to Civil Local Rule 6-1(b), Plaintiffs Patrick Yockey and Pearl Magpayo

2  ("Plaintiffs") and Defendant Salesforce, Inc., by and through their attorneys of record, stipulate

3  and agree as follows:

4    WHEREAS, on December 21, 2022, Plaintiff Yockey filed his Complaint on December

5  21, 2022 (ECF No. 1);

6    WHEREAS, Plaintiffs filed their First Amended Complaint on March 31, 2023 (ECF

7  No. 22);

8    WHEREAS, Defendant filed its Motion to Dismiss on April 24, 2023 (ECF No. 23);

9    WHEREAS, Plaintiffs' response to Defendant's Motion to Dismiss is presently due on

10  May 8, 2023;

11    WHEREAS, Defendant's reply in support of its Motion to Dismiss is presently due on

12  May 15, 2023;

13    WHEREAS, the Initial Case Management Conference is scheduled for June 27, 2023

14  (ECF No. 21);

15    WHEREAS, the Parties' counsel met and conferred and agreed to a briefing schedule on

16  Defendant's Motion to Dismiss and to a new date for the Initial Case Management Conference, to

17  effectuate the parties' agreement that "any hearing on Defendant's motion to dismiss Plaintiffs'

18  Amended Complaint should occur before the Initial Case Management Conference" (ECF No.

19  21);

20    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the Court's

21  approval. as follows:

22    1.  Plaintiffs' response to Defendant's Motion to Dismiss shall be due on May 31, 2023.

23    2.  Defendant's reply in support of its Motion to Dismiss shall be due on June 28, 2023.

24    3.  The hearing on Defendant's Motion to Dismiss shall remain on July 27, 2023 at 2:00

25        p.m.

26    4.  The Initial Case Management conference shall be continued to August 1, 2023 at 2:00

27        p.m.

28    IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE                    1
CASE NO. 4:22-CV-09067-JST

1   Dated:  April 28, 2023                **BURSOR & FISHER, P.A.**

2                                          By:  */s/ L. Timothy Fisher*
                                           L. Timothy Fisher (CA SBN 191626)
3                                          ltfisher@bursor.com
                                           1990 North California Boulevard, Suite 940
4                                          Walnut Creek, CA 94596
                                           Telephone:     925.300.4455
5                                          Facsimile:     925.407.2700

6                                          Joseph I. Marchese (*Pro Hac Vice orthcoming*)
                                           jmarchese@bursor.com
7                                          Max S. Roberts (*Pro Hac Vice Forthcoming*)
                                           mroberts@bursor.com
8                                          888 Seventh Avenue
                                           New York, NY 10019
9                                          Telephone:     626.837.7150
                                           Facsimile:     212.989.9163
10
                                           Attorneys for Plaintiffs
11

12   Dated:  April 28, 2023                **MORRISON & FOERSTER LLP**

13
                                           By:  */s/ Mark McPherson*
14                                         Tiffany Cheung (CA SBN 211497)
                                           TCheung@mofo.com
15                                         Mark David McPherson (CA SBN 307951)
                                           MMcPherson@mofo.com
16                                         Emani N. Oakley (CA SBN 347705)
                                           EOakley@mofo.com
17                                         MORRISON & FOERSTER LLP
                                           425 Market Street
18                                         San Francisco, CA 94105
                                           Telephone:     415.268.7000
19                                         Facsimile:     415.268.7522

20                                         Erik Manukyan (CA SBN 340307)
                                           EManukyan@mofo.com
21                                         MORRISON & FOERSTER LLP
                                           707 Wilshire Boulevard, Suite 6000
22                                         Los Angeles, CA 90017-3543
                                           Telephone:     213.892.5200
23                                         Facsimile:     213.892.5454

24                                         Attorneys for Defendant
                                           SALESFORCE, INC.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE                    2
CASE NO. 4:22-CV-09067-JST

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:    /s/ L. Timothy Fisher
L. Timothy Fisher

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE                    3
CASE NO. 4:22-CV-09067-JST

## [PROPOSED] ORDER

After reviewing the Parties' Stipulation Setting Briefing Schedule on Defendant's Motion to Dismiss and Continuing Initial Case Management Conference and good cause appearing, the Court orders as follows:

1. Plaintiffs' response to Defendant's Motion to Dismiss shall be due on May 31, 2023.

2. Defendant's reply in support of its Motion to Dismiss shall be due on June 28, 2023.

3. The hearing on Defendant's Motion to Dismiss shall remain on July 27, 2023 at 2:00 p.m.

4. The Initial Case Management conference shall be continued to ~~August 1~~ September 19, 2023 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  May 2, 2023

_____
JON S. TIGAR
United States District Judge