Tiffany Cheung (CA SBN 211497)
TCheung@mofo.com
Emani N. Oakley (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

Katie Viggiani (*pro hac vice*)
KViggiani@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone:    212.468.8000
Facsimile:    212.468.7900

Elisabeth Hutchinson (*pro hac vice*)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza, 370 Seventeenth Street
Denver, CO 80202-5638
Telephone:    303.592.1500
Facsimile:    303.592.1510

Erik Manukyan (CA SBN 340307)
EManukyan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
SALESFORCE, INC.

L. Timothy Fisher (CA SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:    925.300.4455
Facsimile:    925.407.2700

Joseph I. Marchese (*pro hac vice forthcoming*)
jmarchese@bursor.com
Max S. Roberts (*pro hac vice*)
mroberts@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:    646.837.7408
Facsimile:    212.989.9163

Attorneys for Plaintiffs
DIANE YOUNG, LANAE JOHNSON, and
PEARL MAGPAYO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE YOUNG, LANAE JOHNSON, and PEARL MAGPAYO, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | Case No. 4:22-cv-09067-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2(a) and 7-12, Plaintiffs Diane Young, Lanae Johnson, and Pearl Magpayo and Defendant Salesforce, Inc., by and through their attorneys of record, stipulate and agree to extend the case schedule set forth in **ECF No. 77-1**.

WHEREAS, on October 23, 2024, the Court permitted Plaintiffs to file a Third Amended Complaint substituting Plaintiffs Diane Young and Lanae Johnson for Plaintiff Yockey (**ECF No. 91**);

WHEREAS, after Plaintiffs filed their Third Amended Complaint on October 30, 2024, the parties met and conferred extensively regarding discovery responses, additional document requests regarding the new Plaintiffs, and search terms;

WHEREAS, the parties are proceeding with discovery and the deadline for Plaintiffs' Motion for Class Certification and Expert Disclosures is currently set for April 24, 2025;

WHEREAS, the parties agree that extending existing case deadlines to allow time to complete discovery, prepare class certification briefing, and retain experts is in the interest of justice;

WHEREAS, this is the parties' first request to modify the operative case schedule;

WHEREAS, the parties have conferred and mutually stipulate to extend the case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification and Plaintiffs' Expert Disclosures for all experts due | April 24, 2025 | July 18, 2025 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification, Defendants' Expert Disclosures, and Defendants' *Daubert* Motions | August 7, 2025 | November 3, 2025 |
| Plaintiffs' Reply in Support of Motion for Class Certification, Plaintiffs' Opposition to Defendant's *Daubert Motions*, and Plaintiffs' *Daubert* Motions | September 18, 2025 | December 22, 2025 |
| Defendant's Reply in Support of its *Daubert* Motions and Defendant's Opposition to Plaintiffs' *Daubert* Motions | October 16, 2025 | January 29, 2026 |
| Plaintiffs' Reply in Support of their *Daubert* Motions | October 28, 2025 | February 19, 2026 |

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the approval of the

2  Court, that the case schedule be modified according to the "Proposed Deadline" column provided above.

3  IT IS SO STIPULATED.

4

5  DATED: March 28, 2025                    By: /s/ Tiffany Cheung

6                                           **MORRISON & FOERSTER LLP**
7                                           Tiffany Cheung (CA SBN 211497)
                                            TCheung@mofo.com
8                                           Emani N. Oakley (CA SBN 347705)
                                            EOakley@mofo.com
9                                           425 Market Street
                                            San Francisco, CA 94105
10                                          Telephone:     415.268.7000
                                            Facsimile:     415.268.7522
11
                                            Katie Viggiani (*pro hac vice*)
12                                          KViggiani@mofo.com
                                            MORRISON & FOERSTER LLP
13                                          250 West 55th Street
                                            New York, NY 10019
14                                          Telephone:     212.468.8000
                                            Facsimile:     212.468.7900
15
                                            Elisabeth Hutchinson (*pro hac vice*)
16                                          EHutchinson@mofo.com
                                            MORRISON & FOERSTER LLP
17                                          4200 Republic Plaza, 370 Seventeenth Street
                                            Denver, CO 80202-5638
18                                          Telephone:     303.592.1500
                                            Facsimile:     303.592.1510
19
                                            Erik Manukyan (CA SBN 340307)
20                                          EManukyan@mofo.com
                                            MORRISON & FOERSTER LLP
21                                          707 Wilshire Boulevard, Suite 6000
                                            Los Angeles, CA 90017-3543
22                                          Telephone:     213.892.5200
                                            Facsimile:     213.892.5454
23

24                                          *Attorneys for Defendant*

25

26

27

28

1  DATED: March 28, 2025

By: */s/ L. Timothy Fisher*

2

3  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
   1990 North California Boulevard, Suite 940

4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455

5  Facsimile:  (925) 407-2700
   E-mail: ltfisher@bursor.com

6

7  **BURSOR & FISHER, P.A.**
   Joseph I. Marchese (*pro hac vice forthcoming*)

8  Max S. Roberts (admitted *pro hac vice*)

9  1330 Avenue of the Americas, 32nd Floor
   New York, NY 10019

10  Telephone: (646) 837-7408
    Facsimile: (212) 989-9163

11  E-mail: jmarchese@bursor.com
              mroberts@bursor.com

12

13  *Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, the Court ORDERS that the following scheduling order is

3

entered:

4

5

| Event | Deadline |
|---|---|
| Plaintiffs' Motion for Class Certification and Plaintiffs' Expert Disclosures for all experts due | July 18, 2025 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification, Defendants' Expert Disclosures, and Defendants' *Daubert* Motions | November 3, 2025 |
| Plaintiffs' Reply in Support of Motion for Class Certification, Plaintiffs' Opposition to Defendant's *Daubert Motions*, and Plaintiffs' *Daubert* Motions | December 22, 2025 |
| Defendant's Reply in Support of its *Daubert* Motions and Defendant's Opposition to Plaintiffs' *Daubert* Motions | January 29, 2026 |
| Plaintiffs' Reply in Support of their *Daubert* Motions | February 19, 2026 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**IT IS SO ORDERED.**

21

22

Dated: ___April 9, 2025___          _____

23

HON. JON S. TIGAR

UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE
SCHEDULE                                          CASE NO. 4:22-CV-09067-JST