**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice*)
Max S. Roberts (*pro hac vice*)
Israel Rosenberg (*pro hac vice*)
Caroline C. Donovan (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: jmarchese@bursor.com
           mroberts@bursor.com
           irosenberg@bursor.com
           cdonovan@bursor.com

*Attorneys for Plaintiffs*

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE YOUNG, LANAE JOHNSON, and PEARL MAGPAYO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SALESFORCE INC.,<br><br>Defendant. | Case No. 4:22-cv-09067-JST<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:  Hon. Jon S. Tigar |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pearl Magpayo and Defendant Salesforce, Inc., by and through undersigned counsel, hereby stipulate and agree that: (a) Plaintiff Magpayo's individual claims are voluntarily dismissed with prejudice; (b) the claims of the putative members of the California Website Class[1] and Kaiser Subclass are voluntarily dismissed without prejudice; (c) Counts II and III (both arising from alleged violations of the California Invasion of Privacy Act) are voluntarily dismissed without prejudice; and (d) Count I (arising from alleged violations of the Pennsylvania Wiretap Act) is voluntarily dismissed solely to the extent premised on allegations of purported use of Salesforce's Chat function on Kaiser's website.

Dated: August 1, 2025                    **BURSOR & FISHER, P.A.**

By:   /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
Max S. Roberts (admitted *pro hac vice*)
Israel Rosenberg (admitted *pro hac vice*)
Caroline C. Donovan (admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: jmarchese@bursor.com
          mroberts@bursor.com
          irosenberg@bursor.com
          cdonovan@bursor.com

*Attorneys for Plaintiffs*

---

[1] Capitalized terms are defined in the Third Amended Class Action Complaint.

| | |
|---|---|
| Dated: August 1, 2025 | **MORRISON & FOERSTER LLP** |
| | By: <u>  /s/ Tiffany Cheung            </u> |
| | Tiffany Cheung (CA SBN 211497) |
| | TCheung@mofo.com |
| | Emani N. Oakley (CA SBN 347705) |
| | EOakley@mofo.com |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| | |
| | Katie Viggiani (pro hac vice) |
| | KViggiani@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | Telephone: 212.468.8000 |
| | Facsimile: 212.468.7900 |
| | |
| | Elisabeth Hutchinson (pro hac vice) |
| | EHutchinson@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 4200 Republic Plaza, 370 Seventeenth Street |
| | Denver, CO 80202-5638 |
| | Telephone: 303.592.1500 |
| | Facsimile: 303.592.1510 |
| | |
| | Erik Manukyan (CA SBN 340307) |
| | EManukyan@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| | Los Angeles, CA 90017-3543 |
| | Telephone: 213.892.5200 |
| | Facsimile: 213.892.5454 |
| | |
| | *Attorneys for Defendant* |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained by any other signatories to this document.

Dated: August 1, 2025         <u>      /s/ L. Timothy Fisher        </u>