# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:22-cv-09067-JST

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/21/2022

Date of judgment or order you are appealing: 09/03/2026; 10/15/2026

Docket entry number of judgment or order you are appealing: 240; 273

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Lanae Johnson

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 26-6205

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Max S. Roberts **Date** Oct 15, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff Lanae Johnson

Name(s) of counsel (if any):

Max S. Roberts, Bursor & Fisher, P.A.

Address: 1990 N. California Blvd., 9th Floor, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): mroberts@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant Salesforce, Inc.

Name(s) of counsel (if any):

Tiffany Cheung, Morrison & Foerster LLP

Address: 425 Market Street, San Francisco, CA 94105

Telephone number(s): (415) 268-7000

Email(s): TCheung@mofo.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff Lanae Johnson

Name(s) of counsel (if any):

L. Timothy Fisher, Bursor & Fisher, P.A.

Address: 1990 N. California Blvd., 9th Floor, Walnut Creek CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):